**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 24 2017

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 5:17-CR-00028-C-BQ-3** |
| | § | |
| | § | |
| | § | |
| **CHARLENE DENISEN DAVIS** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

    **CHARLENE DENISEN DAVIS,** by consent, under authority of *United States v.*
*Dees,* 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P.
11, and has entered a plea of guilty to the Superseding Information. After cautioning and
examining **CHARLENE DENISEN DAVIS,** under oath concerning each of the subjects
mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary
and that the offenses charged are supported by an independent basis in fact containing each
of the essential elements of such offense. I therefore recommend that the plea of guilty be
accepted, and that **CHARLENE DENISEN DAVIS** be adjudged guilty and have sentence
imposed accordingly.

    **DATED:** May 24, 2017.

_____
**D. GORDON BRYANT, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).